RONALD K. ALBERTS, ESQ. (SBN 100017)
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4215 Glencoe Avenue, 2nd Floor
  Marina del Rey, CA  90292-5634
Tel:  (310) 821-9000  •  Fax: (310) 578-6178

Attorneys for Plaintiff
Aetna Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>KENDALL M. GOGGINS, an Individual, and PERRY GORY, an Individual<br><br>  Defendants.<br>_____ | CASE NO. 05-cv-00722-OWW-LJO<br><br>**REQUEST FOR DISMISSAL AND ORDER DIRECTING ISSUANCE OF FUNDS INTERPLED PURSUANT TO SETTLEMENT AGREEMENT AND DECLARATION OF RONALD K. ALBERTS, IN SUPPORT THEREOF** |

TO THE COURT:

Plaintiff, Aetna Life Insurance Company ("Aetna") deposited the sum of $35,500 with this court together with its complaint in interpleader.  During the course of the service of the summons and complaint, Aetna entered into negotiations with the named defendants, Kendall M. Goggins and Perry Gory, claimants to life insurance benefits.  Following numerous conversations, Messrs. Goggins and Gory have agreed to equally divide the sums which were interpled, including any interest accrued thereon.  Therefore, Aetna hereby requests that this court issue an order directing the clerk to issue two checks, in equal amounts, dividing the principal sums deposited plus any and all interest, and deliver said

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA  90009-9998

PDF created with pdfFactory trial version www.pdffactory.com

checks, one made payable to Perry Gory and one made payable to Kendall M. Goggins, to counsel for Aetna Life Insurance Company. Followng the issuance by the Clerk of the aforementioned payments, Plaintiff hereby requests, pursuant to FRCP 41(a)(1) that this action be dismissed. In support of said request for this order as well as the request for dismissal of this action, Aetna is concurrently filing the Declaration of Ronald K. Alberts.

Respectfully submitted,

DATED: September ___, 2005

BERGER KAHN
A Law Corporation


By:_____
    RONALD K. ALBERTS
Attorneys for Plaintiff
Aetna Life Insurance Company

## **ORDER**

It is hereby ORDERED that the Clerk of this Court issue two checks, one payable to Perry A. Gory and the other payable to Kendall M. Goggins, in identical amounts, splitting the proceeds of the amount deposited by Aetna Life insurance Company, plus any and all accrued interest. Thereafter, the Clerk is directed to deliver such checks to counsel for Plaintiff, Aetna Life Insurance Company, to be delivered to the named defendants.

IT IS SO ORDERED.

September 20, 2005          /s/ OLIVER W. WANGER
                            _____
                            Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF RONALD K. ALBERTS

I, RONALD K. ALBERTS, declare:

1. I am an attorney at law licensed to practice before the courts of this state, as well as the United States District Court for the Eastern District of California.

2. I am counsel of record for Plaintiff, Aetna Life Insurance Company in this action.

3. In the course of the service of the summons and complaint in this action on the two named defendants, I engaged in numerous discussions which led to the two defendants providing me with the Agreement attached hereto as Exhibit "A", that provides for dividing the proceeds equally between them.

4. Therefore, I have filed with this Court the attached Request for Dismissal and Order Directing Issuance of Funds Interpled. As counsel for Plaintiff, Aetna Life Insurance Company, I have requested that the Court issue an order dividing the proceeds plus any and all accrued interest evenly between the two named defendants for my delivery to them, and thereafter dismissing this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct according to my personal knowledge and if called as a witness I would so testify.

Executed this 16th day of September, 2005, at Marina del Rey, California.

_____
RONALD K. ALBERTS

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA  90009-9998

PDF created with pdfFactory trial version www.pdffactory.com

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On September 16, 2005, I served a true copy of **REQUEST FOR DISMISSAL AND ORDER DIRECTING ISSUANCE OF FUNDS INTERPLED PURSUANT TO SETTLEMENT AGREEMENT AND DECLARATION OF RONALD K. ALBERTS, IN SUPPORT THEREOF**:

☐ by personally delivering it to the person(s) indicated below in the manner provided by F. R. Civ. Pr. 5(B);

☒ by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 4215 Glencoe Avenue, 2nd Floor, Marina del Rey, CA 90292, addressed as follows:

Kendall M. Goggins            Perry Gory
645 G Street, #614            186 S. Carolina Avenue
Anchorage, AK 99501           Spartanburg, SC 29306

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service:  it is deposited with the United States Postal Service on that same day in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Setpember 16, 2005, at Marina del Rey, California.

                                          _____
                                          KAREN WILLIAMS

BERGER KAHN
*A Law Corporation*
P.O. Box 92621
Los Angeles, CA 90009-9998

05cv722.dismissal                         4

PDF created with pdfFactory trial version www.pdffactory.com